# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. William Patrick DeCora                     Docket No. 5:13-CR-181-1F

### Petition for Action on Supervised Release

COMES NOW Erica W. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Patrick DeCora, who, upon an earlier plea of guilty to 18 U.S.C. § 924(c)(1), Use and Carry and Possess a Firearm in Relation to and in the Furtherance of a Drug Trafficking Crime, was sentenced in the Eastern District of Virginia by the Honorable Henry Coke Morgan, Jr., U.S. District Judge, on May 22, 2003, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall refrain from any unlawful use of a controlled substance and use of alcohol and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, as directed by the probation officer.

2. If at anytime the defendant tests positive for the use of any controlled substance or use of alcohol, the defendant will be required to attend and successfully complete a residential training and treatment program, with partial costs to be paid by the defendant, as directed by the probation officer.

3. The defendant shall not operate any form of motor vehicle during the period of supervised release, regardless of whether he has an operator's license from the Commonwealth of Virginia or any other state.

4. Upon defendant's release onto supervised release, the court reserves the right to impose child support payments if defendant does not reside with or support his child.

On June 5, 2013, Jurisdiction was transferred from the Eastern District of Virginia to the Eastern District of North Carolina. William Patrick DeCora was released from custody on June 21, 2013, to reside in the Eastern District of North Carolina, with his wife and son, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Decora is employed full time with NC Turf Care and they are eager for him to obtain his North Carolina Driver's License and drive his own work truck. As Mr. Decora has cleared up all

William Patrick DeCora
Docket No. 5:13-CR-181-1F
Petition For Action
Page 2

outstanding driving issues in Virginia and is eligible to obtain his North Carolina Driver's License, we would request the court remove the condition preventing him from driving a motor vehicle. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The condition restricting the defendant from driving a motor vehicle during his 60 month period of supervision shall be removed.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/Erica W. Foy |
| Jeffrey L. Keller | Erica W. Foy |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: August 5, 2013 |

### ORDER OF COURT

Considered and ordered this 6th day of August, 2013, and ordered filed and made a part of the records in the above case.

James C. Fox
James C. Fox
Senior U.S. District Judge